## MOTION DOCKET

**87-124.** Layman v. Binns. *Miami County,* No. 86-CA-12. Reported at 35 Ohio St. 3d 176, 519 N.E. 2d 642. On motion to enforce judgment and for order to return garnisheed funds. Motion granted.

Moyer, C.J., and Holmes, J., dissent.

**87-285.** State, ex rel. Hartco, Inc., v. Indus. Comm. In Mandamus. On motion to file supplemental brief. Motion denied.

Holmes and H. Brown, JJ., dissent.

**87-327.** State v. Clark. *Lucas County,* No. L-84-443. On motion for re-argument and supplemental briefing. Motion denied.

Moyer, C.J., would permit supplemental briefing.

**88-114.** Consolidated Freightways, Inc. v. Carolina Freight. *Stark County,* No. CA-7224. On motion to advance case. Motion granted.

Moyer, C.J., and H. Brown, J., dissent.

**88-154.** Bouquett v. St. Elizabeth Corp. *Montgomery County,* No. CA 10465. On motion to amend reply brief. Motion granted.

**88-406.** Truman v. Toledo Edison. *Lucas County,* No. L-87-040. On motion for leave to file instanter. Motion granted.

**88-470.** Jeffers v. Olexo. *Belmont County,* Nos. 86-B-24, 86-B-44, 86-B-45 and 86-B-9. On motion for leave to file *amicus* of National Welding Supply Assn. Motion granted.

**88-670.** State, ex rel. Largent, v. Fisher. *Cuyahoga County,* No. 55266. On motion to dismiss. Motion to dismiss overruled.

Holmes, J., dissents.

**88-734.** State v. Murphy. *Franklin County,* No. 86AP-1150. On motion for leave to file instanter and on motion for leave to file *amicus* of the Ohio Public Defender Commission. Motions granted.

**88-872.** Toledo Edison Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-105-EL-EFC. On motion to consolidate with 87-1886, *Cleveland Elec. Illum. Co.* v. *Pub. Util. Comm.,* No. 86-05-EL-EFC. Motion granted.

**88-985.** State v. Miles. *Cuyahoga County,* No. 53570. On motion for leave to file instanter. Motion granted.

**88-996.** State v. Clark. *Cuyahoga County,* No. 52528. On motion for leave to file instanter. Motion granted.